**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 53 EAL 2018
                :
         Respondent       :
                :  Petition for Allowance of Appeal from
                :  the Order of the Superior Court
        v.            :
                :
                :
TELLY ROYSTER,          :
                :
         Petitioner        :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 10th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.